**Fill in this information to identify your case:**

United States Bankruptcy Court for the:
MIDDLE DISTRICT OF FLORIDA

Case number (if known): _____    Chapter  11

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy                4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | Debtor's name | ARR Investments, Inc. |
| 2. | All other names debtor used in the last 8 years<br>Include any assumed names, trade names and *doing business as* names | |
| 3. | Debtor's federal Employer Identification Number (EIN) | 59-3366790 |
| 4. | Debtor's address | **Principal place of business**<br>2600 E. Jackson Street<br>Orlando, FL 32803<br>Number, Street, City, State & ZIP Code<br><br>Orange<br>County | **Mailing address, if different from principal place of business**<br><br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |
| 5. | Debtor's website (URL) | www.arr-learningcenters.com |
| 6. | Type of debtor | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: _____ |

Debtor  **ARR Investments, Inc.**  Case number (*if known*) _____
　　　　　Name

**7. Describe debtor's business**

A. *Check one:*
- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ■ None of the above

B. *Check all that apply*
- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.
　　__8351__

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11. *Check all that apply*:
  - ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

- ■ No.
- ☐ Yes.

If more than 2 cases, attach a separate list.

| | District | When | Case number |
|---|---|---|---|
| | _____ | _____ | _____ |
| | _____ | _____ | _____ |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

- ☐ No
- ■ Yes.

List all cases. If more than 1, attach a separate list

| | Debtor | See Attachment | Relationship | _____ |
|---|---|---|---|---|
| | District | _____ | When _____ | Case number, if known _____ |

Official Form 201　　　Voluntary Petition for Non-Individuals Filing for Bankruptcy　　　page 2

Debtor  **ARR Investments, Inc.**  Case number (*if known*) _____
      Name

**11. Why is the case filed in this district?**

Check all that apply:

- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

- ■ No
- ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

Why does the property need immediate attention? (*Check all that apply.*)

- ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard? _____
- ☐ It needs to be physically secured or protected from the weather.
- ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
- ☐ Other _____

Where is the property? _____
    Number, Street, City, State & ZIP Code

Is the property insured?
- ☐ No
- ☐ Yes.  Insurance agency _____
       Contact name _____
       Phone _____

### Statistical and administrative information

**13. Debtor's estimation of available funds**

Check one:
- ■ Funds will be available for distribution to unsecured creditors.
- ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

- ■ 1-49
- ☐ 50-99
- ☐ 100-199
- ☐ 200-999
- ☐ 1,000-5,000
- ☐ 5001-10,000
- ☐ 10,001-25,000
- ☐ 25,001-50,000
- ☐ 50,001-100,000
- ☐ More than100,000

**15. Estimated Assets**

- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ■ $1,000,001 - $10 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

**16. Estimated liabilities**

- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ■ $1,000,001 - $10 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

Debtor   ARR Investments, Inc.  
       Name

Case number (*if known*) _____

**Request for Relief, Declaration, and Signatures**

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    March 8, 2019  
               MM / DD / YYYY

X  /s/ Alejandrino Rodriguez  
Signature of authorized representative of debtor

Alejandrino Rodriguez  
Printed name

Title   President

**18. Signature of attorney**

X  /s/ Jimmy D. Parrish  
Signature of attorney for debtor

Date   March 8, 2019  
      MM / DD / YYYY

Jimmy D. Parrish 0526401  
Printed name

Baker & Hostetler LLP  
Firm name

200 S. Orange Avenue  
Suite 2300  
Orlando, FL 32801  
Number, Street, City, State & ZIP Code

Contact phone   407-649-4000      Email address   jparrish@bakerlaw.com

0526401 FL  
Bar number and State

Official Form 201        Voluntary Petition for Non-Individuals Filing for Bankruptcy        page 4

Debtor  ARR Investments, Inc.  
       Name

Case number (if known) _____

**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

MIDDLE DISTRICT OF FLORIDA

Case number (if known) _____  Chapter  **11**

☐ Check if this an amended filing

## FORM 201. VOLUNTARY PETITION

### Pending Bankruptcy Cases Attachment

| | | | | |
|---|---|---|---|---|
| Debtor | Arista Academy, Inc. | | Relationship to you | Affiliate |
| District | Middle District of Florida | When _____ | Case number, if known | |
| Debtor | ARR Child Care, Inc. | | Relationship to you | Affiliate |
| District | Middle District of Florida | When _____ | Case number, if known | |

# United States Bankruptcy Court
## Middle District of Florida

In re   ARR Investments, Inc.                                Case No. _____
                          Debtor(s)                          Chapter    11

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   March 8, 2019                    /s/ Alejandrino Rodriguez
                                         Alejandrino Rodriguez/President
                                         Signer/Title

ARR Investments, Inc.
2600 E. Jackson Street
Orlando, FL 32803

MMG Investments I, LLC
3144 S. Winton Road
Rochester, NY 14623

Jimmy D. Parrish
Baker & Hostetler LLP
200 S. Orange Avenue
Suite 2300
Orlando, FL 32801

Orange County Tax Collector
PO Box 545100
Orlando, FL 32854-5100

Alejandrino Rodriguez
2016 Cotswold Drive
Orlando, FL 32825

Pembroke Finance, LLC
1700 East Los Olas Blvd.
Suite 300
Fort Lauderdale, FL 33301

Bautista REO U.S., LLC
c/o Denise Dell-Powell
Burr & Forman LLP
200 S. Orange Ave., Ste 800
Orlando, FL 32801

Rafael Rodriguez
1392 Ave Paz Granela
Urb. Santiago Iglesias
San Juan, PR 0021
PUERTO RICO

Centennial Bank
2101 West Commercial Blvd
Suite 5000
Fort Lauderdale, FL 33309

Florida Dept. of Revenue
Bankruptcy Unit
PO Box 6668
Tallahassee, FL 32314-6668

Internal Revenue Service
850 Trafalgar Court
Suite 200
Maitland, FL 32751

Internal Revenue Service
Centralized Insolvency Ops
PO Box 7346
Philadelphia, PA 19101

MMG Investments I, LLC
Department 5320
PO Box 4110
Woburn, MA 01888-4110